UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>v.    )<br>)<br>)<br>**Rosemary Guedes**   )<br>) | **CRIMINAL NO. 21-cr-10154** |

Assented to Motion to Continue Hearing

The defendant moves for a continuance of the currently scheduled hearing from **9/23/2021 02:00 PM** to 10/1, 10/6 or 10/14

The defendant is still waiting for case related documents to be released to counsel so that a review may be conducted with client and interpreter. Then, an additional 30 days will be required to prepare for hearing.

No initial appearance date before magistrate judge has been set yet, but is in the works for 9/13/21

Nonetheless, a continuance is requested due to undersigned counsel being double-booked on the same date and approximate time before another U.S. District Court Judge for sentencing in the same district, although that date is the subject of a Motion to Continue filed under seal and is before that judge for a hearing on joint motion to continue sentencing on 9/20/2021

THE DEFENDANT

By his Attorney,

/s/ Geoffrey G. Nathan, Esq.

Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775
(617) 262-1060 x31
(617) 479-0917 fax

Assented to:   Moran, Timothy E. (USAMA)

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9/7/21

/s/ Geoffrey Nathan