UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-cr-10154 |
| ) | |
| ) | |
| **Rosemary Guedes** ) | |
| ) | |

Motion to Continue Hearing

The defendant moves for a continuance of the currently scheduled hearing from October 14 2021 to: 30 days

As reason client who has family obligation on the currently scheduled date.

The defendant is waiting for case related documents to be released to counsel so that a review may be conducted with client and interpreter.

No initial appearance date before magistrate judge has been established although discussions for this are in process

THE DEFENDANT

By her Attorney,

/s/ Geoffrey G. Nathan, Esq.
_____
Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by ~~mail hand~~ ECF on 9/15/21

/s/ Geoffrey G. Nathan